IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM IRA HOWSE, III., <br><br> Plaintiff, <br><br> v. <br><br> WARDEN BROOKS BRENTEN, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 4:20-cv-56 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 4, 2023, Report and Recommendation, (doc. 23), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against defendants "St. Joseph Hospital" and Coastal State Prison are **DISMISSED**. The Clerk is **DIRECTED** to update the docket accordingly. Plaintiff's Second Amended Complaint, (doc. 24), is pending screening by the Magistrate Judge, pursuant to 28 U.S.C. § 1915A.

**SO ORDERED**, this 3rd day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA